# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2021

*The Court of Appeals hereby passes the following order:*

### A21A1700. YAHYA QASIM v. BOARD OF DIRECTORS, KEYSTONE GATES CONDOMINIUM ASSOCIATION.

On April 7, 2020, the trial court dismissed Yahya Qasim's civil action seeking damages arising out of his purported ownership of a parking space. Qasim filed a notice of appeal on June 3, 2021. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997); see *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Qasim filed his notice of appeal 57 days after the trial court entered the order he wishes to appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/13/2021*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*